# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHAREYA RITA MARY DENNY, <br><br> Defendant. | CR-11-27-GF-BMM-01 <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter December 7, 2016. (Doc. 74.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 21, 2016. (Doc. 74 at 4.) Denny admitted that she violated the conditions of her supervised release. The violations prove serious and warrant revocation of Denny's supervised release. Judge Johnston has recommended that the Court revoke Denny's

1

supervised release and commit Denny to the custody of the Bureau of Prisons for eight months. *Id.* at 5. Judge Johnston further has recommended that 10 months of supervised release, including mental health treatment, follow her custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Denny's violations of her conditions represent a serious breach of the Court's trust. A sentence of eight months custody followed by 10 months supervised release, including mental health treatment, represents a sufficient, but not greater than necessary, sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 74) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Chareya Rita Mary Denny be sentenced to eight months custody followed by 10 months of supervised release, including mental health treatment.

DATED this 22nd day of December, 2016.

Brian Morris
United States District Court Judge